

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2019

No. 04-19-00249-CV

**IN RE** James Brent **MANSFIELD**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
               Patricia O. Alvarez, Justice
               Irene Rios, Justice

On April 22, 2019, relator filed a petition for writ of mandamus and an emergency motion for stay of the trial court's Order on Motion for Temporary Orders Pending Appeal. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than May 16, 2019.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

At this time, we DENY relator's request for a stay.

It is so **ORDERED** on May 1, 2019.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court



---

[1] This proceeding arises out of Cause No. 16-443CCL, styled *In the Interest of H.E.W.M., A Child*, pending in the 451st Judicial District Court, Kendall County, Texas, the Honorable Kirsten Cohoon presiding.